

**KV&K** KATCHKO, VITIELLO & KARIKOMI, PC

Yelena Katchko  
GianDominic Vitiello  
Michael T. Karikomi

11500 W. Olympic Boulevard · Suite 503  
Los Angeles, California 90064  
P: 310 943 9587 · F: 424 204 0401

gdvitiello@kvklawyers.com

June 4, 2015

**VIA E-FILE**
United States District Court
Northern District of California
San Francisco Courthouse
Courtroom G-15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

| | |
|---|---|
| Re: | Telephonic Appearance Approval, Case Management Conference |
| Case Name: | Aranda et al v. Caliber Home Loans, Inc. et al |
| Case Number: | 3:14-cv-04555-JCS |
| Date: | June 19, 2015 |
| Time: | 2:00 pm |
| Courtroom: | G, 15th Floor |

Dear Clerk of the Court:

We are seeking approval for a telephonic appearance for the above referenced Case Management Conference. Our direct land line contact phone number is (310) 943-9587 ext. 2. On June 4, 2015, our office communicated with Attorney representing all Defendants, Daniel O'Shea. He stated that he will be appearing in person. Therefore, our office will be the only party making a telephonic appearance. Thank you in advance for your cooperation with this matter.

Regards,

KATCHKO, VITIELLO & KARIKOMI, PC

GianDominic Vitiello, Esq.

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Joseph C. Spero]