UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALINA ARANDA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>Defendants. | Case No. 14-cv-04555-JCS   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: September 11, 2015<br>Mediator: Jonathan Schmidt |

IT IS HEREBY ORDERED that the request to excuse defendant Caliber Home Loans, Inc.'s client representative from appearing in person at the September 11, 2015, mediation before Jonathan Schmidt is GRANTED. The representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: September 10, 2015

Maria-Elena James
United States Magistrate Judge