# KV&K

**KATCHKO, VITIELLO & KARIKOMI, PC**

Yelena Katchko  
GianDominic Vitiello  
Michael T. Karikomi

11500 W. Olympic Boulevard · Suite 503  
Los Angeles, California 90064  
P: 310 943 9587 · F: 424 204 0401

gdvitiello@kvklawyers.com

November 3, 2015

**VIA E-FILE**  
United States District Court  
Northern District of California  
San Francisco Courthouse  
Courtroom G-15Th Floor  
450 Golden Gate Avenue  
San Francisco, CA 94102

|  |  |
|---|---|
| **Re:** | **Telephonic Appearance Approval, Post/Mediation Case Management Conference** |
| **Case Name:** | **Aranda et al v. Caliber Home Loans, Inc. et al** |
| **Case Number:** | **3:14-cv-04555-JCS** |
| **Date:** | **November 6, 2015** |
| **Time:** | **2:00 pm** |
| **Courtroom:** | **G, 15th Floor** |

Dear Clerk of the Court:

Although the parties anticipate filing a stipulation and order to continue upcoming hearings as this matter has reached a settlement in principal, this is a request for telephonic appearance on the change that such stipulated request is not granted.

We are seeking approval for a telephonic appearance for the above referenced Post Mediation/Case Management Conference. My contact phone number is (310) 943-9587 ext. 2. On November 3, 2015, our office communicated with counsel representing all Defendants, Daniel O'Shea. He stated that he will be appearing in person if a stipulation continuing this event is not entered. Therefore, our office would be the only party making a telephonic appearance. Thank you in advance for your cooperation with this matter.

IT IS HEREBY ORDERED THAT  
Mr. Vitiello shall be on phone standby  
and await the Court's call.  
Dated: 11/4/15

*IT IS SO ORDERED AS MODIFIED*  
Judge Joseph C. Spero

Regards,

**KATCHKO, VITIELLO & KARIKOMI, PC**

/s/GIANDOMINIC VITIELLO

GianDominic Vitiello, Esq.