UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALINA ARANDA, et al.,<br><br>　　　　Plaintiffs.<br><br>　　v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>　　　　Defendants. | Case No.　14-cv-04555-JCS<br><br>**ORDER TO SHOW CAUSE** |

　　This matter settled at mediation on September 11, 2015,

　　IT IS HEREBY ORDERED that the parties shall appear on **December 4, 2015, at 9:30 a.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed because the matter has been settled.

　　IT IS SO ORDERED.

Dated: November 12, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge